**FILED**

03/13/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0284

## IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0284

_____

IN RE THE ESTATE OF ELDA MARBLE,

JERRY MARBLE, Personal Representative
for the Estate of Elda Marble,

      Plaintiff and Appellee,

v.

DOREEN KING and JAMES D. KING,
a/k/a JIM KING,

      Defendants and Appellants.

_____

FILED

MAR 13 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Appellants Doreen King and James D. King have filed a motion for a 60-day extension to of time to file their reply brief.

IT IS ORDERED that the motion is DENIED. Appellants shall have until April 12, 2023, to file their reply brief.

No further extensions will be granted.

DATED this _13_ day of March, 2023.

For the Court,

_____
Justice